IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

STEFAN EKOBENA                                        PETITIONER

VS.                                      CIVIL ACTION NO. 3:19cv392-CWR-FKB

WARDEN RIVERS                                     RESPONDENT

## **REPORT AND RECOMMENDATION**

Stefan Ekobena filed this action on June 4, 2019, while he was a federal inmate incarcerated at the Federal Correctional Complex at Yazoo City, Mississippi. In his petition, he challenged a prison disciplinary proceeding that resulted in his loss of good-conduct time. The website of the Federal Bureau of Prisons indicates that Petitioner was released from custody on May 15, 2020. Thus, his petition is now moot. For this reason, the undersigned recommends that the petition be dismissed.

The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendation contained within this report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court. 28 U.S.C. § 636; Fed. R. Civ. P. 72(b); *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

Respectfully submitted, this the 20th day of May, 2020.

                                                               s/ F. Keith Ball
                                                               United States Magistrate Judge