IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**STEFAN EKOBENA**                                                                     **PETITIONER**

**V.**                                                      **CAUSE NO. 3:19-CV-392-CWR-FKB**

**WARDEN RIVERS**                                                   **RESPONDENT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court pursuant to the Report and Recommendation (R&R) of United States Magistrate Judge F. Keith Ball, which was signed and entered on May 20, 2020. Docket No. 15. The R&R recommends dismissing this case as moot because Petitioner Stefan Ekobena was released from federal custody on May 15, 2020. *Id.* Ekobena timely objected. Docket No. 16.

Ekobena's petition for writ of habeas corpus challenged the constitutionality of the disciplinary hearing that resulted in him losing part of his good conduct time. Docket Nos. 1 and 2. He objects to the R&R because he is seeking compensation for the "extra One Year and 41 Days [he] spent in prison due to the unjust disciplinary sanctions [he] was issued." Docket No. 16. Since the petition for reinstatement of his good conduct time is now moot, Ekobena requests that his three-year period of Supervised Release be terminated.

To seek such relief, however, Ekobena must do so in the district court in which he was sentenced. *Watkins v. Garrett*, 476 F. App'x 430, 432 (5th Cir. 2012) (citing 18 U.S.C. § 3583(e)). This Court lacks jurisdiction to consider Ekobena's reduction request because he was not sentenced by this Court and no transfer of supervised release has been effected. *Id.* (citing 18 U.S.C. § 3605, which authorizes a court to exercise jurisdiction over an individual on supervised release if said jurisdiction has been transferred by the sentencing court).

Having considered the R&R, the petitioner's objections thereto, applicable statutory and case law, and being otherwise fully advised in the premises, the Court concludes that there has been no showing that the decision is clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72. Therefore, this Court hereby adopts, as its own opinion, the R&R of the Magistrate Judge. The petition is dismissed as moot.

**SO ORDERED**, this the 9th day of July, 2020.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE